UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYN INGRAM, et al., | CASE NO. C18-1236JLR |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| BRINDERSON, L.P., et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has reviewed Defendant Brinderson, LLC's ("Brinderson") response to the court's September 19, 2018, order to show cause. (Resp. (Dkt. # 13); OSC (Dkt. # 12).) The court finds that Brinderson has adequately addressed the concerns the court

//

//

//

identified in the order to show cause and therefore DIRECTS the Clerk to issue an order regarding initial disclosures and a joint status report.

Filed and entered this 12th day of October, 2018.

                                WILLIAM M. MCCOOL
                                Clerk of Court

                                s/ Ashleigh Drecktrah
                                Deputy Clerk

MINUTE ORDER - 2