THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARYN INGRAM and TAMARA INGRAM, husband and wife and the marital community composed thereof,<br><br>Plaintiff,<br><br>vs.<br><br>BRINDERSON, L.P., a foreign corporation, and MICHAEL NOLAN and JANE DOE NOLAN, husband and wife and the marital community composed thereof,<br><br>Defendants. | NO. 2:18-CV-01236 JLR<br><br>STIPULATED MOTION TO DISMISS FIFTH CLAIM FOR RELIEF AND ~~PROPOSED~~ ORDER |

## STIPULATION

The undersigned parties hereby stipulate to dismissal of Plaintiff's fifth claim for relief (Complaint ¶¶ 8.1-8.5) with prejudice and without an award of costs or fees to any party.

Dated: December 3, 2018

By: *s/ Catharine Morisset*
Catharine M. Morisset, WSBA #29682
Evan C. Mix WSBA #53490
FISHER & PHILLIPS LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
Phone: (206) 682-2308
cmorisset@fisherphillips.com
Attorneys for Defendants

By: *s/Carrie Coppinger Carter (with permission)*
Carrie M. Coppinger Carter
COPPINGER CARTER P.S.
100 Central Avenue
Bellingham, WA 98225
Phone: (360) 676-7545
ccc@coppingercarter.com
Attorney for Plaintiff

STIPULATED MOTION TO DISMISS
(18-1236 JLR) – Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34739985.1

Case 2:18-cv-01236-JLR   Document 19   Filed 12/03/18   Page 2 of 3

## ORDER

Based on the foregoing Stipulation, it is hereby ORDERED that Plaintiff's fifth claim for relief is dismissed with prejudice.

Entered this 4th day of December, 2018.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

STIPULATED MOTION TO DISMISS
(18-1236 JLR) – Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FPDOCS 34739985.1