THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - AT SEATTLE

| | |
|---|---|
| DARYN INGRAM and TAMARA INGRAM,<br><br>Plaintiff,<br><br>vs.<br><br>BRINDERSON, L.P., and MICHAEL NOLAN and JANE DOE NOLAN,<br><br>Defendants. | NO. 2:18-CV-01236 JLR<br><br>JOINT STIPULATION [AND ORDER] TO EXTEND DEADLINES AND PROPOSED ORDER |

## STIPULATION

The undersigned parties hereby stipulate to extend the deadline for discovery cutoff, to November 8, 2019, without waiver of any defenses, including but not limited to those set forth in Rule 12, solely to permit the Plaintiff to conduct the deposition of Defendant Michael Nolan and potential witness Anthony Levi on November 8, 2019. All other deadlines remain unchanged. The additional week is needed simply to coordinate attorneys' schedules and these out of state witnesses.

| By: s/ Catharine Morisset | By: s/ Carrie Coppinger Carter |
|---|---|
| Catharine M. Morisset, WSBA #29682<br>FISHER & PHILLIPS LLP<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>Phone: (206) 682-2308<br>cmorisset@fisherphillips.com<br>Attorneys for Defendants | Carrie M. Coppinger Carter<br>COPPINGER CARTER P.S.<br>100 Central Avenue<br>Bellingham, WA 98225<br>Phone: (360) 676-7545<br>ccc@coppingercarter.com<br>Attorney for Plaintiff |

JOINT STIPULATION TO EXTEND DEADLINES
AND PROPOSED ORDER (18-1236 JLR) – Page 1

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 36443180.1

## ORDER

Based on the foregoing Stipulation, it is so by ORDERED. Discovery is extended to November 8, 2019 solely for the purpose of deposing Mike Nolan and Antony Levi.

Entered this 31st day of October, 2019.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

JOINT STIPULATION TO EXTEND DEADLINES
AND PROPOSED ORDER (18-1236 JLR) – Page 2

FISHER & PHILLIPS LLP
1201 THIRD AVENUE, SUITE 2750
SEATTLE, WA 98101
(206) 682-2308

FP 36443180.1