THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DARYN INGRAM and TAMARA INGRAM,<br><br>Plaintiffs,<br><br>BRINDERSON, L.P., et al.<br><br>Defendants. | No. 2:18-CV-01236 JLR<br><br>**STIPULATED MOTION AND** ~~PROPOSED~~ **ORDER EXTENDING DEADLINES** |



## **STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and LCR 10(g), the parties hereby stipulate and move the Court to extend the settlement conference deadline to January 17, 2020 and to set the noting date for Defendants' Motion for Summary Judgment (ECF No. 23) for January 24, 2020 to allow the parties to meaningfully participate in alternative dispute resolution. Good cause exists to grant the Stipulated Motion per the following stipulation:

1. Pursuant to the Court's Minute Order Setting Trial Dates and Related Dates (ECF No. 18), the settlement conference must be held no later than January 2, 2020.

STIPULATED MOTION AND PROPOSED
ORDER, ETC.- 1   (2:18-CV-01236 JLR)

FISHER & PHILLIPS, LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
206.682-2308

FP 36747306.1

2. Defendants' Motion for Summary Judgment is pending (ECF No. 23). Pursuant to the Court's Order, Defendant filed it on December 3, 2019, and noted it for 4 Fridays thereafter, or December 27, 2019 per LCR 7.

3. The parties have agreed to meaningfully participate in alternative dispute resolution with a mutually agreed upon private mediator, but due to the winter holidays and other commitments this month, as well as the mediator's availability, the parties are not able to conduct a mediation in this matter before January 2, 2020. The parties have, however, agreed to a mediator, a location, and a date of January 10, 2020 pending the mediator's confirmation.

4. To allow the parties to meaningful explore alternative dispute resolution, the parties also request that the noting date for the pending motion for summary judgment be continued (and the related opposition and reply deadlines), be continued to January 24, 2020.

The parties, for good cause shown, respectfully request that the Court grant this stipulated motion and continue the following case schedule deadlines as follows:

The parties agree that all case scheduling order deadlines that have already passed remain unchanged and do not need to be rescheduled. The parties do not request a continuance of the trial date at this time. It is so stipulated through undersigned counsel of record.

Respectfully submitted this 13th day of December 2019.

| By: s/ Catharine Morisset | By: s/ Carrie Coppinger Carter (per email authority) |
|---|---|
| Catharine M. Morisset, WSBA #29682<br>FISHER & PHILLIPS LLP<br>1201 Third Avenue, Suite 2750<br>Seattle, WA 98101<br>Phone: (206) 682-2308<br>cmorisset@fisherphillips.com<br>Attorneys for Defendants | Carrie M. Coppinger Carter<br>COPPINGER CARTER P.S.<br>100 Central Avenue<br>Bellingham, WA 98225<br>Phone: (360) 676-7545<br>ccc@coppingercarter.com<br>Attorneys for Plaintiff |

STIPULATED MOTION AND PROPOSED ORDER, ETC.- 2   (2:18-CV-01236 JLR)

FISHER & PHILLIPS, LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
206.682.2308

FP 36747306.1

**ORDER**

Based upon the stipulation of the parties above, IT IS HEREBY ORDERED that:

1. The deadline for the completion of settlement conference or mediation is continued to January 17, 2020.

2. Defendant's Motion for Summary Judgment shall be renoted for January ~~×~~ 17, 2020. 

ENTERED this 13th day of December, 2019.

_____
The Honorable James L. Robart
United States District Court Judge

STIPULATED MOTION AND PROPOSED
ORDER, ETC.- 3   (2:18-CV-01236 JLR)

FISHER & PHILLIPS, LLP
1201 Third Avenue, Suite 2750
Seattle, WA 98101
206.682-2308

FP 36747306.1